**Appeal Dismissed and Memorandum Opinion filed May 16, 2023.**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00102-CV

**GUSTAVO ACOSTA, Appellant**

**V.**

**ASHELYE VINGEO, Appellee**

**On Appeal from the 505th District Court
Fort Bend County, Texas
Trial Court Cause No. 13-DCV-204380**

## MEMORANDUM OPINION

This appeal is from an order signed January 23, 2023. The notice of appeal was filed February 14, 2023. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On March 27, 2023, notification was transmitted to appellant that the appeal was subject to dismissal without further notice unless, within fifteen days, appellant

made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).  No response was filed to that notice.

On April 18, 2023, appellant was ordered to demonstrate he had made arrangements to pay for the clerk's record on or before April 28, 2023.  In the order, the court notified appellant that failure to comply with that requirement would leave the appeal subject to dismissal without further notice for want of prosecution. Appellant has not filed any response demonstrating he has made arrangements to pay for the record.  Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.